IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 4:15CR00512-02BHH |
| ) | |
| VS. ) | **ORDER** |
| ) | **FOR RETURN OF BOND MONEY** |
| ION ESAN, ) | |
| ) | |

This matter comes before the Court upon Motion of the Defendants attorney William H. Monckton, VI. On September 2, 2015 Mr. Ion Esan appeared before the Honorable Thomas Rogers, who set bond for Mr. Ion Esan in the amount of Seven Thousand and no/100th ($7,000.00) Dollars and that amount was to be deposited with the Court. On that same date, Ms. Eugenia Belibou of CMR 411 Box 3235, APO AE 09112 deposited a Money Order at the United States District Court in Florence, South Carolina in the amount of Seven Thousand and no/100th ($7,000.00) Dollars. A copy of the receipt is attached.

That Mr. Ion Esan was sentenced and taken into Custody on August 23, 2016.

THEREFORE, IT IS ORDERED that the Seven Thousand and no/100th ($7,000.00) Dollars Bond posted by Eugenia Belibou for Ion Esan on case number 4:15CR00512-02BHH on September 2, 2015 be returned to Eugenia Belibou, CMR 411 Box 3235, APO, AE 09112

IT IS SO ORDERED

_____
The Honorable Bruce Howe Hendricks
United States District Judge
District South Carolina

November 15, 2016